# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Gibson

            V.                            **JUDGMENT IN A CIVIL CASE**

Shepard

                                               **CASE NUMBER:**    05cv1610 WQH(BLM)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report and Recommendation is adopted in its entirety and the Petition for Writ of Habeas Corpus is denied. The Clerk of the Court shall enter judgment in favor of Respondent............................................

| October 3, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

/s/ G Cazares
(By) Deputy Clerk

ENTERED ON October 3, 2006

05cv1610 WQH(BLM)